IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL WHOOTEN,

    Plaintiff

v.

ANTHONY BUSSANICH, ET AL.,

    Defendants

CIVIL NO. 4:CV-04-223

(Judge Jones)

## ORDER

April 4, 2006

This pro se action was initiated by Paul Whooten ("Plaintiff" or "Whooten"), an inmate presently confined at the United States Penitentiary, in Lewisburg, Pennsylvania ("USP-Lewisburg"). By Memorandum and Order dated September 2, 2005, summary judgment was granted in favor of the Defendants with respect to the civil rights portion of this action. However, Plaintiff's FTCA claims were allowed to proceed.

Presently pending before the Court is Plaintiff's motion requesting that a pretrial conference be scheduled in this matter. This matter is not yet scheduled for trial. In addition, discovery has not been completed. Therefore, Plaintiff's

motion will be denied without prejudice as premature. Whooten may submit a new request after the deadline for submission of dispositive motions has expired.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Plaintiff's motion (doc. 65) requesting the scheduling of a pretrial conference is denied without prejudice as premature.

2. Plaintiff may file a new request after expiration of the deadline for submission of dispositive motions.

                                                                  _____
                                                                  JOHN E. JONES III
                                                                  United States District Judge